**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00087-CMA-MJW

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on April 30, 2014 it is

    ORDERED that Defendant Universal American Mortgage's Motion for Summary Judgment (Doc. #53) is GRANTED IN PART AND DENIED IN PART.

    FURTHER ORDERED that Defendant shall have its costs pursuant to Fed. R. Civ. P. 54 (d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 2nd day of May, 2014.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                       By:  s/  Sandra Hartmann

                                                     Sandra Hartmann
                                                     Deputy Clerk