IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00087-CMA-MJW

LEHMAN BROTHERS HOLDINGS INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,

    Defendant.

---

## ORDER TO STAY PROCEEDINGS RELATED TO DEFENDANT'S AWARD OF COSTS

---

    This matter is before the Court on Plaintiff's Unopposed Motion Pursuant to Fed. R. Civ. P. 62 to Stay Proceedings Related to Defendant's Award of Costs Pending Resolution of Plaintiff's Appeal (the "Motion") (Doc. # 100).  The Court, having reviewed the Motion and having determined that it is meritorious and that the relief requested therein should be granted, hereby GRANTS the Motion.

    Proceedings related to Defendant's award of costs are hereby STAYED pending resolution of Plaintiff's appeal to the Tenth Circuit Court of Appeals of the Final Judgment entered in this matter on May 2, 2014.

    DATED:  June   11  , 2014

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge